```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
S.M. & L.M., individually and on behalf of   :
J.M.,                                         :
                              Plaintiffs,    :
v.                                            :
                                              :
EASTCHESTER UNION FREE SCHOOL                :
DISTRICT,                                     :
                              Defendant.     :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/25

**ORDER**

24 CV 9273 (VB)

The above-captioned case was recently transferred to the undersigned.

Accordingly, all counsel shall appear for a status conference on **October 8, 2025, at 11:00 a.m.**, to proceed by telephone:

    Dial-In Number: 914-292-4033

    Access Code: 310 471 422#

Dated: September 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge