```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
S.M. & L.M., individually and on behalf of
J.M.,
                              Plaintiffs,

v.

EASTCHESTER UNION FREE SCHOOL
DISTRICT,
                              Defendant.
--------------------------------------------------------------x

**ORDER**

24 CV 9273 (VB)

At a telephonic, on-the record conference held today and attended by counsel for both parties, the Court apprised the parties of its relationship to the law firm Keane & Beane, which acted as counsel for the defendant in the prior administrative proceedings.

Accordingly, by **October 15, 2025**, all counsel are ORDERED to confer with their respective clients and file a joint letter informing the Court as to whether the parties waive the Court's relationship with Keane & Beane as grounds for disqualification and are willing to proceed forward with Judge Briccetti presiding. If all parties do not agree to waive this ground for disqualification, the case will be transferred back to Judge Halpern.

Dated: October 8, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge