**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
S.M. & L.M., individually and on behalf of J.M.,

                                    Plaintiffs,

            -against-                                                      24 **CIVIL** 9273 (VB)

                                                                          **JUDGMENT**

EASTCHESTER UNION FREE SCHOOL
DISTRICT,

                                    Defendant.
------------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 12, 2026, the Parents' motion for

summary judgment is DENIED. The District's motion for summary judgment is GRANTED.

The SRO's decision is AFFIRMED and the complaint is DISMISSED; accordingly, the case is

closed.

**Dated:** New York, New York

            February 17, 2026

                                                      **TAMMI M. HELLWIG**
                                            _____
                                                      **Clerk of Court**


                                    **BY:**            K. mango
                                            _____
                                                      **Deputy Clerk**